UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

   - v. -                          :

DMITRY M. NASKOVETS,               :

        Defendant.                 :

- - - - - - - - - - - - - - - - - x

**ORDER**

10 Cr. 317 (LAK)

RECEIVED MAR -1 2011 JUDGE KAPLAN'S CHAMBERS

      WHEREAS, with defendant Dmitry M. Naskovets's consent, his guilty plea allocution was taken before the Honorable Henry B. Pitman, United States Magistrate Judge, on February 25, 2011;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that Naskovets entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that Naskovets's guilty plea is accepted.

Dated: New York, New York
       March ___, 2011

                               HON. LEWIS A. KAPLAN
                               United States District Judge
                               Southern District of New York

3/8/11