UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | : |
| DMITRY M. NASKOVETS, | : |
| Defendant. | : |

**PROTECTIVE ORDER**

10 Cr. 317 (LAK)

- - - - - - - - - - - - - - - x

LEWIS A. KAPLAN, United States District Judge:

On the motion of the United States of America, by Preet Bharara, United States Attorney, by Michael Ferrara, Assistant U.S. Attorney, and with the consent of defendant Dmitry M. Naskovets, by his newly retained counsel, Arkady Bukh, Esq.,

IT IS HEREBY ORDERED:

1. Copies of certain discovery materials reflecting, among other things, certain individual's (a) bank account information, (b) social security numbers, (c) credit card numbers, expiration dates, and security codes, (d) dates of birth, (e) phone numbers, (f) addresses, (g) online passwords, (h) answers to online security questions, and (i) any other such personal identifying and financial information -- whether in paper or electronic form -- produced by the government in this action pursuant to Federal Rule of Criminal Procedure 16 are deemed "Confidential Information."

2. Confidential Information disclosed to Naskovets or his counsel during the course of proceedings in this action

a.   shall be used by Naskovets or his counsel only for purposes of this action;

b.   shall be kept in the sole possession of the Naskovets's counsel, and shall not be disclosed in any form by Naskovets or his counsel except as set forth in paragraph 2(c) below;

c.   may be disclosed by Naskovets or his counsel only to the following persons (the "Designated Persons"):

i.   investigative, secretarial, clerical, paralegal, and student personnel employed full-time or part-time by the Naskovets's counsel;

ii.   independent expert witnesses, investigators, or advisors retained by the Naskovets in connection with this action;

iii.  such other persons as hereafter may be authorized by the Court upon such motion by Naskovets; and

d.   shall be returned to the government following the conclusion of this case and any and all copies made of said material shall be shredded and destroyed.

3.   Naskovets and his counsel shall provide a copy of this Order to Designated Persons to whom they disclose Confidential Information pursuant to paragraph 2(c).  Designated Persons shall be subject to the terms of this Order.

2

     4.   The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

     SO ORDERED.

Dated:   New York, New York
         June 17, 2011

                           _____
                           HON. LEWIS A. KAPLAN
                           United States District Judge
                           Southern District of New York

AGREED AND CONSENTED TO:

_____       _____
ARKADY BUKH, ESQ.                 Date
Law Offices of Bukh & Assoc., PLLC
Attorney for Dmitry M. Naskovets